# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **FREDDIE L. GENTRY**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16 C 7957 |
| | ) |
| **CITY OF CHICAGO POLICE DEPARTMENT**, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

On August 15, 2016 this Court issued a sua sponte memorandum order (the "Order") in this action brought pro se by prisoner plaintiff Freddie Gentry ("Gentry"), addressing what the Order termed as "two basic problems posed by Gentry's submissions." Those problematic areas lay in Gentry's failure to provide (1) the proper information required for this Court to rule on his In Forma Pauperis Application ("Application") and (2) the further factual allegations needed to evaluate the substance of Gentry's claims in terms of whether they do or do not demonstrate a violation of his constitutional rights.

What Gentry did instead was to file on August 26 a one-page hand-printed statement (copy attached), accompanied by two copies of two October 2015 documents captioned "Verification of Incerceration," one issued by the Cook County Department of Corrections Records Office and the other by the Cook County Sheriff Records Office. Unfortunately that statement and its accompanying papers are totally nonresponsive to either of the two areas covered by the Order.

If, as it appears from Gentry's submission, he has difficulty in understanding the straightforward instructions in the Order, he is urged to consult with someone at his place of custody who is more knowledgeable as to such matters, whether one of the so-called "jailhouse lawyers" or otherwise. This Court is not in a position to provide Gentry with legal assistance sua sponte by designating a member of this District Court's trial bar to serve as his counsel, where as here there is a serious question whether or not he has any entitlement to relief on the basis of a plausible claim.

Accordingly Gentry is given one more chance to comply with the Order, this time on or before September 28, 2016, failing which this Court will indeed be constrained to dismiss both the Complaint and this action.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 31, 2016

Post. Dated 8, 19th 2016. Attention Clerk of the U.S. District Court my name is Freddie Gentry. S.S. Number 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 Attention clerk of the courts in closed is my Crent Reply to the Clerks. Request the un relted case I'm on know in hen in Cusdy of the Cook County Jill since 7-24th 2015 I'm Allso send you a copy of the verification of incarceration on unranted matte to show that I'm telling the truth I'm sending two diffrent dats that will match up with trust fund print out from the Cook County Jill I'm shor this is what your asking four I'm look forward to ancerning any reques or Questons. Thank you - four your time in Assents in this matter my Freddie Gentry

8-19th 2016.

**FILED**
AUG 2 6 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**16cv7957**

ATTACHMENT